# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CINDY TETA and MOTTY STEIN, individually
and on behalf of all others similarly situated,

                         Plaintiff,

  -against-

GO NEW YORK TOURS, INC., d/b/a TOPVIEW
SIGHTSEEING AND EVENT CRUISES NYC –
CITY LIGHTS CRUISE

                       Defendant.
----------------------------------------------------------X

Case No.: 1:24-cv-01614-ER

**NOTICE OF MOTION TO DISMISS
AND COMPEL ARBITRATION**

> Plaintiff is directed to submit its opposition to the motion, by May 31, 2024. Defendant is directed to submit its reply by June 7, 2024. SO ORDERED.
>
> *Edgardo Ramos, U.S.D.J.*
> Dated: 5/13/24
> New York, New York

        PLEASE TAKE NOTICE that Defendant Go New York Tours Inc., d/b/a TopView Sightseeing, upon the accompanying Memorandum of Law, the Affirmation of Bret Derman in Support and the exhibits attached thereto, and upon all the papers and pleadings herein, will move, under and in accordance with the Federal Arbitration Act, 9 U.S.C. §§4 & 206, for an order:

1. Dismissing Plaintiff's Cindy Teta and Motty Stein's complaint;

2. Compelling individual arbitration of the claims therein; and

3. Any such other and further relief as this Court may deem just and proper.

Dated:  New York, New York
          May 10, 2024

**BARTON LLP**

By: */s/ Maurice N. Ross*
    Maurice N. Ross
    Barak F. Bacharach

711 Third Avenue, 14th Floor
New York, NY 10017

*Tel.:* (212) 687-6262
*Fax:* (212) 687-3667
mross@bartonesq.com
bbacharach@bartonesq.com

*Attorneys for Defendant*
*Go New York Tours Inc.*


TO: Eduard Korsinsky
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Fax: (212) 363-7171
ek@zlk.com
*Attorneys for Plaintiffs*